# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 144 WAL 2017
:
             Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
         v. :
:
:
:
JOHN ROY BARLOW, JR., :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.